UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

BRADLEY PIERRE,
MARVIN MOY,
WILLIAM WEINER,
ARTHUR BOGORAZ, and
JEAN PIERRE,

       Defendants.

**ORDER**

22 Cr. 19 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

   Any pretrial motions on behalf of Defendant Jean Pierre will be filed by **October 27, 2023.**

   Trial is scheduled for **January 16, 2024, at 9:30 a.m., in Courtroom 705, United States Courthouse, 40 Foley Square, New York, New York.** Motions in limine, proposed voir dire, and requests to charge are due by **December 15, 2023.** Responsive papers are due by **December 22, 2023.**

Dated: New York, New York
    August 28, 2023

             SO ORDERED.

             _____
             Paul G. Gardephe
             United States District Judge