UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- against -<br><br>BRADLEY PIERRE,<br>MARVIN MOY,<br>WILLIAM WEINER,<br>ARTHUR BOGORAZ, and<br>JEAN PIERRE,<br><br>                          Defendants. | **ORDER**<br><br>22 Cr. 19 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

        There will be a conference on **October 11, 2023 at 4:00 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: October 5, 2023
       New York, New York

                                                      SO ORDERED.

                                                      Paul G. Gardephe
                                                      United States District Judge