UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

JEAN PIERRE,

Defendant.

**ORDER**

22 Cr. 19 (PGG-7)

PAUL G. GARDEPHE, U.S.D.J.:

The continuation of Defendant Jean Pierre's <u>Curcio</u> hearing, which is currently scheduled for November 9, 2023 at 2:00 p.m., is adjourned to **3:00 p.m.** that same day.

Dated:  New York, New York
        November 7, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge