UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

BRADLEY PIERRE,
MARVIN MOY,
WILLIAM WEINER,
ARTHUR BOGORAZ, and
JEAN PIERRE,

               Defendants.

**ORDER**

22 Cr. 19 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The Court will conduct a conference on **December 8, 2023, at 11:00 a.m.** to discuss the issues raised in the parties' December 1, 2023 and December 4, 2023 letters. (Dkt Nos. 275-81) The conference will take place in Courtroom 705, United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       December 6, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge